# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced June 25, 2009

08-0956    IN RE  PETROLEUM WHOLESALE, L.P., AND PWI GP, LLC
"OPERATION SPOTLIGHT" LITIGATION.

On December 9, 2008, the Panel stayed proceedings in cases pending in Ellis, Galveston, and Harris Counties.  On February 10, 2009, the Panel granted the request for assignment of a pretrial judge to these three cases.  In May, the Panel was advised that the cases in Ellis and Galveston Counties have been nonsuited, leaving only the Harris County case pending, and the parties presented arguments on the effect of these changes in circumstances.

The Panel's stay order and its order granting the motion to appoint a pretrial judge are set aside and withdrawn.  An opinion will be issued at a later date.

_____
Blake Hawthorne,
Multidistrict Litigation Panel Clerk

ALL CONCUR